## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WILDER CHIROPRACTIC, INC., a Wisconsin corporation, individually and as the representative of a class of similarly-situated persons,<br><br>      Plaintiff,<br><br>  v.<br><br>SAVE ON, LLC and JOHN DOES 1-10,<br><br>      Defendants. | Civil Action No.: 16-cv-168<br><br>**CLASS ACTION** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, WILDER CHIROPRACTIC, INC., through its undersigned attorneys, hereby voluntarily dismisses this action without prejudice.

Dated:  April 22, 2016           Respectfully submitted,

                       s/ Brian J. Wanca
                       Brian J. Wanca
                       Ryan M. Kelly
                       Anderson + Wanca
                       3701 Algonquin Road, Suite 500
                       Rolling Meadows, IL  60008
                       (847) 368-1500
                       bwanca@andersonwanca.com

                       *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on April 22, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

                  s/ Brian J. Wanca